**JS−6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS LANGER<br><br>           Plaintiff(s),<br><br>      v.<br><br>NANAMI CORPORATION , et al.<br><br><br>           Defendant(s). | CASE NO:<br>2:20−cv−06308−FMO−GJS<br><br><br>**ORDER DISMISSING ACTION**<br>**WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled,

IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs

and without prejudice to the right, upon good cause shown within <u>45</u> **days from the**

**filing date of this Order**, to re−open the action if settlement is not consummated.

The court retains full jurisdiction over this action and this Order shall not prejudice

any party to this action.

   **IT IS SO ORDERED.**

DATED: October 8, 2020               _/s/ *Fernando M. Olguin*_
                                                    Fernando M. Olguin
                                                    United States District Judge